**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 15 MAL 2023

            Respondent            :

                                   :    Petition for Allowance of Appeal

                                   :    from the Order of the Superior Court

           v.                           :

                                   :

DWAYNE CUNNINGHAM,               :

                                   :

             Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.